OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

4/6/2015

RESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0002003152    APR 16 2015
MAILED FROM ZIP CODE 78701

$ 00.26⁵

TURNER, JAMES DANIEL    Tr. Ct. No. W87-88357-L (C)    WR-6,771-11

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

JAMES DANIEL TURNER
~~HUNTSVILLE UNIT~~ TDC # 488478
~~815 12TH STREET~~
~~HUNTSVILLE, TX 77342~~

U T F

UTF-Rel